JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| Daniel Lopez, | Case No. 5:18-cv-00781-AB (KKx) |
|---|---|
| Plaintiff, | **[PROPOSED]** ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |
| vs. | |
| The Gee Capital Group, L.P., a California Limited Partnership; Gee & Associates, LLC, a California Limited Liability Company; Andrew Kim; and Does 1-10 | |
| Defendants. | |

Complaint Filed: April 18, 2018
Trial Date: None Set

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The above-referenced action be DISMISSED in its entirety and with prejudice as to each and all of Plaintiff Daniel Lopez's claims and causes of action in the above-referenced action.

2. Plaintiff, on the one hand, and Defendants, on the other hand, are to bear their own respective costs, expenses, and attorneys' fees as against each other.

**IT IS SO ORDERED.**

Dated: August 07, 2018

_____
Hon. André Birotte Jr.
United States District Judge